[No. 5954–1–II.   Division Two.   May 21, 1984.]

*In the Matter of the Marriage of* MARLENE J. TULLOH, *Respondent, and* THEODORE C. TULLOH, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 290130, E. Albert Morrison, J., entered October 9, 1981. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Reed, J.

[No. 11143–4–I.   Division One.   May 21, 1984.]

MICHAEL E. LILLIG, *Respondent,* v. BECTON–DICKINSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–07648–5, Nancy A. Holman, J., entered November 24, 1981. *Reversed* and *remanded* by unpublished opinion per Corbett, A.C.J., concurred in by Andersen, J., and Soderland, J. Pro Tem.

[No. 11176–1–I.   Division One.   May 21, 1984.]

*In the Matter of the Marriage of* JO ANN FARMER, *Respondent, and* RICHARD FARMER, *Respondent,* LAARA ZEVIAR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D–113104, Peter K. Steere, J., entered December 4, 1981. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Callow, J., and Soderland, J. Pro Tem.